UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 13 2011
Clerk, U.S. District and
Bankruptcy Courts

Shawn Martin Finch, )
)
    Plaintiff, )
)
v. ) Civil Action No.
)
American Bar Association, )
) 11 1270
    Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a District of Columbia resident, sues the American Bar Association for discrimination. He alleges that defendant violated "Amendment VIII [and] Amendment IX" by "denying an American citizen Admission into The Supreme Court under terms of Being a Pro-se Litigant without any credentials from their school." Compl. at 1. He seeks "North American Constitutional Justice . . . . and a settlement between the difference of Lifting the bar and being barred." *Id.* at 2. A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

                                                                             _____
                                                                             United States District Judge

DATE: July 11, 2011